IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. **90-cv-1541-JLK**

**JHENITA WHITFIELD, et al.**

    Plaintiffs,

v.

**THE BOARD OF COUNTY COMMISSIONERS OF EAGLE COUNTY, COLORADO, et al.**

    Defendants.

___

**ORDER APPROVING DISTRIBUTION OF FUNDS**
___

KANE, J.

This matter is before me on the Report of the Special Master (doc. #239), filed June 8, 2006 by The Denver Foundation. The recommendation contained in that report regarding the distribution of the *cy pres* funds is adopted, and in accordance with that recommendation, the Clerk of the Court is ordered to pay to the organizations listed below, the respective amounts from principal:

| Organization | Amount |
|---|---|
| All Our Relations/Our Sisters Keeper Coalition | $8,000 |
| Anti-Defamation League | $20,000 |
| City of Florence | $3,500 |
| Colorado Intergovernmental Risk Sharing Agency | $14,000 |
| Colorado P.O.S.T. | $54,700 |
| Comunidad Integrada | $10,000 |

| | |
|---|---|
| Congregations and Schools Empowered (CASE) | $10,000 |
| Crystal River Elementary School | $8,000 |
| CNDC fbo English in Action | $8,000 |
| High Country Soccer Association | $5,000 |
| KRZA 88.7 FM | $9,100 |
| Montrose County Sherriff's Office | $7,000 |
| Otero Junior College Law Enforcement Academy | $15,000 |
| Rural Solutions | $23,000 |
| Spring Institute for Intercultural Learning | $50,000 |
| Telluride Foundation | $10,000 |
| The Youth Foundation | $30,000 |
| Total: | $285,300 |

It is further ordered that the Clerk of the Court shall pay the following interest amounts, less the registry fee assessments to:

| | |
|---|---|
| The Denver Foundation (fee for services rendered to date) | $7,666 |
| Colorado P.O.S.T. | All interest above $9,000 |

Specifically, the *cy pres* funds will be used to: (a) provide education about cultural differences, race, and ethnicity, (b) improve race relations and racial tolerance, and c) improve relationships between law enforcement officers and members of diverse communities. The geographic scope of this work is limited to rural, small, and resort communities in Colorado. The individual proposals for all of the recipients as well as the

2

itemization of The Denver Foundation's services are attached to the Report of the Special Master (doc. #239), filed June 8, 2006.

The Denver Foundation will continue to provide services to the court regarding reporting on the use of funds. Principal and interest funds remaining in the account will likely be used to cover the future costs of The Denver Foundation's services.

The court commends The Denver Foundation for the dedicated and competent service provided in the public interest.

Dated this 11th day of July, 2006, at Denver, Colorado.

BY THE COURT:

 s/John L. Kane
JOHN L. KANE, SENIOR JUDGE
UNITED STATES DISTRICT COURT