

# THE DENVER FOUNDATION

July 23, 2008

The Honorable Judge John L. Kane
United States Senior District Judge
838 Alfred A. Arraj U.S. Courthouse
901 19th Street
Denver, CO 80294

Dear Judge Kane:

The work on the *Whitfield v Eagle County Commissioners* is now completed.

Late today, we finally received the progress report from The Youth Foundation that was due on July 15. With one exception, the grant recipients have all finished their work, expended their grant dollars, and submitted final reports. The one exception, as you know, is that Colorado POST was unable to spend all of their grant dollars by the June 30, 2008 deadline. Consequently, Colorado POST refunded $7,506 to The Denver Foundation. Based on your prior approval, The Denver Foundation in turn wrote a check to the Spring Institute for $7,506. The Spring Institute will use the additional funds to support the Police Advisory Group in Summit County and to document this work so it can be shared with others. The Police Advisory Group brings together police chiefs from throughout Summit County with immigrants in order to increase cultural understanding and to solve identified problems.

Accompanying this letter is our completed summary chart. Also attached is a brief summary of each grantee's work and accomplishments during the last six months.

Altogether, these projects resulted in thousands of Coloradans being directly educated about the importance of tolerance and inclusiveness. Beneficiaries of this education ranged from young children to college students, from police officers to teachers and coaches, and from new immigrants to long-time residents. Considering the multiplier effect of trainees talking to co-workers, clients, friends, and family members, I think we can say that tens of thousands of Colorado residents now know more about and have greater respect for other cultures.

The limited resources of the settlement precluded conducting an evaluation of the efficacy of these grants or the longitudinal effects. Nevertheless, I believe that these grants have made a positive difference in many communities throughout Colorado.

Thank you again for giving The Denver Foundation and me the opportunity to work with you on this project. Please let me know if you have any questions or need any additional information.

Respectfully,

David Miller
President & CEO

55 Madison Street • 8th Floor • Denver, Colorado 80206-5423
www.denverfoundation.org
(303)300-1790 • Fax: (303)300-6547

Whitfield et al. v The Board of County Commissioners of Eagle County,
Colorado et al., Civil Action No. 90-K-1541
Progress Report for Fund Expenditures
July, 2008

| Grant Recipient | Grant Amount | 2008 Expenditures To Date | Project Description | Project Completion Date | Status Report as of July, 2008 |
|---|---|---|---|---|---|
| 1. All Our Relations/Our Sister's Keeper Coalition | $8,000 | $8,000 | To support diversity training panels within La Plata County | 06/08 | Project completed. Funds have been spent. Final report submitted 06/13/08. Summary of progress is attached. |
| 2. Anti-Defamation League | $20,000 | $20,000 | To support Anti-Defamation League's programs within rural school districts | 07/08 | Project completed. Funds have been spent. Final report submitted 07/15/08. Summary of progress is attached. |
| 3. City of Florence | $3,500 | $3,500 | To support cultural awareness training in the Florence schools led by diverse police officers | 01/08 | Project completed. Funds have been spent. Final report submitted 01/15/08. Summary of progress is attached. |
| 4. Colorado Intergovernmental Risk Sharing Agency | $14,000 | $14,000 | To support three regional diversity seminars for police departments | 07/08 | Project completed. Funds have been spent. Final report submitted 07/01/08. Summary of progress is attached. |
| 5. Colorado POST | $57,874 | $52,033 | To support the creation of a distance learning/multimedia version of POST's diversity training | 07/08 | Project completed. All but $7,506 has been spent. These funds have been transferred to the Spring Institute for Intercultural Learning. Final report submitted 07/15/08. Summary of progress is attached. |
| 6. Comunidad Integrada | $10,000 | $10,000 | To support diversity training for law enforcement and one-on-one English language instruction provided by volunteers | 07/08 | Project completed. Funds have been spent. Final reported submitted 07/15/08. Summary of progress is attached. |
| 7. Congregations and Schools Empowered (CASE) | $10,000 | $10,000 | To support the creation of a multiethnic, socio-economically diverse community group | 01/07 | Project completed. Funds have been spent. Final report submitted 01/15/07. |
| 8. Crystal River Elementary School | $8,000 | $8,000 | To support Carbondale intercambio, a project designed to build greater cross-cultural understanding & community connections | 04/07 | Project completed. Funds have been spent. Final report submitted 07/16/07. |
| 9. CNDC fbo English in Action | $8,000 | $8,000 | To support the Leadership Corps and one-on-one tutoring to build greater cross-cultural awareness and connections | 01/07 | Project completed. Funds have been spent. Final report submitted 01/15/07. |
| 10. High Country Soccer Association | $5,000 | $5,000 | To support Conexion de Futbol, a program in which law enforcement officers engage in a structured soccer program with at-risk immigrant youth | 01/07 | Project completed. Funds have been spent. Final report submitted 01/15/07. |
| 11. KRZA 88.7 FM | $9,100 | $9,100 | To support the creation of 13 30-minutes radio programs documenting diverse cultural communities and traditions | 01/07 | Project completed. Funds have been spent. Final report submitted 01/15/07. |
| 12. Montrose County Sherriff's Office | $7,000 | $7,000 | To support a series of 12 community meetings to address gang-related issues and diverse groups concerns regarding law enforcement | 01/08 | Project completed. Funds have been spent. Final report submitted 01/22/08. Summary of progress is attached. |
| 13. Otero Junior College Law Enforcement Academy | $15,000 | $15,000 | To support scholarships for Hispanic law enforcement academy attendees | 01/07 | Project completed. Funds have been spent. Final report submitted 01/15/07. |
| 14. Rural Solutions | $23,000 | $23,000 | To support the Northeast Colorado Cultural Awareness Project in its efforts | 07/07 | Project completed. Funds have been spent. Final report submitted 07/17/07. |
| 15. Spring Institute for Intercultural Learning | $50,000 | $50,000 | To support specific inclusiveness efforts lead by local community collaboratives in Eagle, Summit, Grand, and Lake Counties | 01/08 | Project completed. Funds have been spent. Colorado POST transferred funds of $7,506 to Spring Institute to keep their project ongoing in July, 2008. Final report submitted 01/15/08. Summary of progress is attached. |
| 16. Telluride Foundation | $10,000 | $10,000 | To support the Latino Community Initiative | 07/07 | Project completed. Funds have been spent. Final report submitted 07/16/07. |
| 17. The Youth Foundation | $30,000 | $30,000 | To support the Building Relationships, Inclusiveness & Diversity across Generations in Eagle County project | 07/08 | Project completed. Funds have been spent. Final report submitted 07/23/08. Summary of progress is attached. |
| TOTAL: | $288,447 | $282,633 | | | |

NOTE: Colorado POST refunded $7,506 to The Denver Foundation. With Judge Kane's approval, The Denver Foundation re-granted this amount to the Spring Institute in July, 2008 to support the Police Advisory Group in Summit County.

Whitfield et al. v. The Board of County Commissioners of Eagle County, Colorado, et al., Civil Action No. 90-K-1541.

## Progress Reports for Fund Recipients
## July, 2008

This constitutes the final progress report for fund recipients through the *Whitfield v. Eagle County* settlement. Originally, 17 organizations received grants in July, 2006. Of these, 11 had completed their work by the previous report date, January, 2008. The following is a summary of the work conducted in the last six months by the six remaining grant recipients.

### All Our Relations/Our Sister's Keeper Coalition, Inc.

On January 19, 2008, Our Sister's Keeper Coalition hosted a full day educational training seminar at the Sun Ute Community Center in Ignacio, Colorado. There were 69 individuals who attended the conference plus 11 volunteers from Our Sister's Keeper Coalition. Participants included students ranging in age from 14 to 24, community members, Southern Ute Tribal members, Ute Mountain Ute Tribal members, elected officials, law enforcement, and government employees. There were three parts of the seminar: first, a presentation on laws, jurisdictions, civil rights, and immigration; second, a presentation by the Prejudice Elimination Action Team (PEAT), a group of students from Durango High School; and third, a diversity panel discussion.

### Anti-Defamation League

In June, 2008, the Anti-Defamation League expended $3,625 for Durango teacher training and $2,975 for training at Fort Lewis College. With the assistance of funds from the *Whitfield* case, the Anti-Defamation League educated over 380 students and 143 teachers and administrators with anti-bias training. The training aims to "provide participants with effective strategies to address and recognize bias and the harm it inflicts on individuals and society, build understanding of the value and benefits of diversity, improve intergroup relations, and confront racism and anti Semitism and all other forms of bigotry."

### Colorado Intergovernmental Risk Sharing Agency (CIRSA)

In May, 2008, CIRSA co-hosted a program called Total Quality Policy presented by Randy Means of Thomas & Means. Mr. Means is a nationally-known law enforcement trainer. Using funds from the *Whitfield* case, CIRSA arranged for Mr. Means to include a section on diversity in his training program. CIRSA then reimbursed ten participating police agencies that sent a total of 14 officers to this training program. Each agency was reimbursed at a rate of $165.93 per officer for a total payout of $2,157.

### Colorado POST

Funds from the *Whitfield* settlement were used as matching funds for a federal government grant from the National Highway Traffic Safety Association. As a result of these combined grants, thousands of Colorado peace officers have received anti-bias training. POST has developed an identification card system to show that certified peace officers have received anti-bias training. They have purchased software to keep track of

the training accomplishments of Colorado peace officers, particularly those completing racial profiling training. And, POST has developed a web-based "distance learning" program. The program, *Anti-bias Training for Law Enforcement Officers*, is available to peace officers statewide at no cost through May, 2009. Finally, POST has developed a specific training program designed to help law enforcement supervisors and managers identify and deal with racial profiling behaviors and problems.

### Comunidad Integrada

Between January 15, 2008 and July 15, 2008, Comunidad Integrada spent the remaining $2,092.88 of the *Whitfield* grant. The funds were used to cover personnel costs for English language learning programs and cultural competency trainings. The English language learning classes are primarily held in Craig, Colorado. These in-home classes teach cultural adjustment skills as well as English language and facilitate exchanges of cultures and friendship. The cultural competency trainings are being held at the Yampa Valley Medical Center.

### The Youth Foundation

The Youth Foundation conducted a program called BRIDGE: Building Relationships, Inclusiveness, and Diversity Across Generations in Eagle County. During the most recent school year, The Youth Foundation conducted a variety of training programs involving storytelling, dialogues, the arts, and service learning. Funds expended between January 1 and June 30, 2008 were primarily for the program coordinator and staff salary. Total funds expended during this period were $2,929.