IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. **90-cv-1541-JLK**

**JHENITA WHITFIELD, et al.**

    Plaintiffs,

v.

**THE BOARD OF COUNTY COMMISSIONERS OF EAGLE COUNTY, COLORADO, et al.**

    Defendants.
_____

**ORDER FOR FINAL PAYMENT OF FEES AND DISTRIBUTION OF FUNDS**
_____

KANE, J.

This matter is before me on the Motion for Special Master's Fees (doc. #251), filed July 29, 2008. The Motion is **GRANTED**. It is

**ORDERED** that the Clerk of the Court shall pay the Denver Foundation the sum of $413.88 from principal and $920.12 from interest for a total of $1,334 as final payment for services rendered. The Denver Foundation's services were concluded with the filing of the Special Master's Final Report (doc. #252).

The balance of the interest, minus the registry fee assessment, shall be paid to Colorado P.O.S.T. pursuant to this Court's July 11, 2006 Order (doc. #240).

Dated this 30th day of July, 2008, at Denver, Colorado.

                BY THE COURT:

                *s/John L. Kane*
                JOHN L. KANE, SENIOR JUDGE
                UNITED STATES DISTRICT COURT